# DRUCKMAN LAW GROUP PLLC
242 Drexel Avenue
Westbury, New York 11590
(516) 876-0800
Fax (516) 876-0888

July 24, 2018

Docketed to ECF on July 24, 2018

The Honorable Robert D. Drain
United States Bankruptcy Court
Southern District of New York (White Plains)
300 Quarropas Street
White Plains, NY 10601-4140

          **Re:**    **Case No. 18-22049-RDD**
                 **Debtor: Juan Rios**
                 **DLG: 37992**

Dear Honorable Robert D. Drain:

      Please allow this letter to serve as a status report in the pending Loss Mitigation pursuant to the Southern District of New York Bankruptcy Loss Mitigation Program. Our office represents MTGLQ Investors, L.P. in the above reference case.

      On May 22, 2018, our office forwarded a blank loss mitigation package to Debtor's Attorney. We did not receive documents until July 24, 2018. Plaintiff respectfully request a Scheduling Order for any further Missing Documents Letter and/or supplemental documents be submitted.

      Please feel free to contact our office at 516-876-0800 with any questions or concerns.

                                        Very truly yours,

                                        Druckman Law Group PLLC

                                        By: */s/ Stuart L. Druckman*
                                        Stuart L. Druckman, Esq.
                                        Attorneys for Movant
                                        242 Drexel Avenue
                                        Westbury, New York 11590

cc: **H. Bruce Bronson, Jr.** ecf@bronsonlaw.net