

_____
85 Broad St., Suite 501, New York, New York 10004
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

September 4, 2019

Honorable Sean H. Lane
United States Bankruptcy Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    Juan Rios
           Bankruptcy Case No: 18-22049

    This office represents Secured Creditor, SN Servicing Corporation, in the above referenced action. Please allow this letter to serve as status update since the last conference. This matter was transferred from MTGLQ Investors LP on December 17, 2018. On March 1, 2019 the Secured Creditor issued a denial for insufficient income. After further discussions with Secured Creditor and Debtor's counsel it was determined that if the Debtors were able to increase their income, the loan would be re-reviewed.

    On May 21, 2019 a missing document letter was sent to Debtor's counsel requesting documentation regarding the supposed increased income. Documents that were requested included pay stubs as well as a rental agreement and 6-month profit and loss statement. Despite numerous requests for updates on these document deficiencies, as of today no documents have been received since the request was made.

    We therefore respectfully request immediate termination of loss mitigation at this time.


                  Very truly yours,

                  /s/ Jonathan Schwalb, Esq.
                  Jonathan Schwalb, Esq.
                  Friedman Vartolo LLP
                  85 Broad Street, Suite 501
                  New York, New York 10004
                  (P) 212.471.5100
                  (F) 212.471.5150
                  bankruptcy@friedmanvartolo.com