**BRONSON LAW OFFICES, P.C.**
480 Mamaroneck Avenue, Harrison, NY 10528
42 Catherine Street, Poughkeepsie, New York 12601
Telephone:
914-269-2530
Fax: 888-908-6906

H. Bruce Bronson, Jr., Esq.
(admitted NY)
email:hbbronson@bronsonlaw.net

of Counsel:
Victoria Lehning

September 7, 2019

Hon. Sean H. Lane
US Bankruptcy Court
Southern District of NY
300 Quarropas Street
White Plains, NY 10601

Re: **Juan Rios ("Debtor") Bankruptcy Case No: 18-22049**

Dear Judge Lane:

Please allow this letter to serve as a status report on the above referenced Debtor's bankruptcy case.

The secured lender, SN Servicing Corporation ("SN Servicing") informed our office that the Debtor was denied for a loan modification and has requested that loss mitigation be terminated.

We are currently scheduled to meet with the Debtor to discuss whether he will surrender or sell the property.

The Debtor remains current on his Chapter 13 Plan payments.

Very truly yours,

/s/ H. Bruce Bronson
H. Bruce Bronson